# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 18-2733
_____

Carol J. Eblen

Plaintiff - Appellant

v.

City of Kansas City, Missouri; Pat Klein; Gwen Stafne; Troy Schulte; Julie Jenson; Terry Leeds; Karine Papikian; Charlotte Ferns; Cecilia Abbott; Dan Fowler

Defendants - Appellees

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:18-cv-00297-DGK)
_____

**JUDGMENT**

Before GRUENDER, BOWMAN and STRAS, Circuit Judges.

Appellees have moved for summary affirmance under Eighth Circuit Rule 47B. The court has carefully reviewed the record of the district court and it is hereby ordered that appellees' motion is granted, and the judgment of the district court is summarily affirmed.

November 30, 2018

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
         /s/ Michael E. Gans