# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 18-2733

Carol J. Eblen

Appellant

v.

City of Kansas City, Missouri, et al.

Appellees

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:18-cv-00297-DGK)

_____

**MANDATE**

In accordance with the judgment of 11/30/2018, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

February 06, 2019

Clerk, U.S. Court of Appeals, Eighth Circuit